IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DEMARTINI, as Guardian Ad Litem
for BRITTANY IRENE STEELE, RICKI
ANN DEMARTINI, and COURTNEY MARIE
STEELE,

    Plaintiffs,

  v.

LAKE COUNTY TRIBAL HEALTH
CONSORTIUM; THOMAS LEON RANGEL;
UNITED STATES; and DOES 1 to 20,

    Defendants.

No. C 05-04399 WHA

**ORDER OF REFERRAL**

Upon review, this action appears to concern the same parties, transactions and events as *Curtis Lynn Steele v. United States of America*, Case No. C05-02511 TEH. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Thelton Henderson for the purpose of determining whether it is related. Any response in opposition to or support of relating the cases must be filed with Judge Henderson by **NOVEMBER 14, 2005**.

**IT IS SO ORDERED.**

Dated: November 8, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE